**FRIEDMAN KAPLAN SEILER & ADELMAN LLP**
Paul J. Fishman
One Gateway Center
25th Floor
Newark, New Jersey 07102
Tel: (973) 297-4700
Fax: (973) 297-4701

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------x
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
                            Plaintiff,                      :
                                                            :    Hon. William H. Walls
             - against -                                    :
                                                            :    No. 05-00901
JOSE L. FLORES, a/k/a "MR. PEPE,"                           :
                                                            :
                            Defendant.                      :
                                                            :
                                                            :
------------------------------------------------------------x

## ORDER

THIS MATTER having been opened to the court by defendant Jose L. Flores (Friedman Kaplan Seiler & Adelman LLP, by Paul J. Fishman, appearing), for an Order directing the Office of Pretrial Services to release the passports of (i) Nora Castro, the wife of defendant Jose L. Flores, and (ii) Jessica Flores, Vanessa Flores, and Daisy Flores, the minor children of defendant Jose L. Flores, the Court having found that defendant Jose L. Flores has surrendered to serve his sentence, and the United States (Christopher J. Christie, United States Attorney for the District of New Jersey, by Brian

597464.1

Howe, Assistant United States Attorney, appearing) having consented to the application and the consent and form of this Order,

IT IS, on this __7__ day of April, 2008,

ORDERED that the Office of Pretrial Services permit Nora Castro, Jessica Flores, Vanessa Flores, and Daisy Flores to recover their passports.

SO ORDERED:

_____
Hon. William H. Walls
United States District Judge